**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DELAWARE TRUST COMPANY,

                Plaintiff,

          -against-

1970 UNIVERSITY, LLC, *et al.*,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

**26-CV-2487 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The parties are ordered to provide a hard copy of briefing related to the order

to show cause proceeding scheduled for June 15, 2026 by **May 26, 2026**.  The hard

copy should be tabbed in a well-organized three-ring binder.

      SO ORDERED.

DATED:    New York, New York
           May 19, 2026

                              *Jennifer E. Willis*
                            JENNIFER E. WILLIS
                            United States Magistrate Judge